NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001128
03-DEC-2014
08:06 AM

NO. CAAP-14-0001128

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

ANTHONY LEVOY III, Plaintiff-Appellant, v.
CAROLE DEBAER-LEVOY, Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-D NO. 08-1-0269)

ORDER APPROVING THE NOVEMBER 27, 2014
STIPULATION TO DISMISS APPEAL
(By: Nakamura, C.J, Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal (Stipulation) filed on November 27, 2014 by Plaintiff-Appellant Anthony Levoy III, and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation is approved, and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, December 3, 2014.

Chief Judge

Associate Judge

Associate Judge